AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC.,

        Plaintiff,

        v.

C.H. ROBINSON WORLDWIDE, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-311-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant is awarded judgment on Plaintiff's claims set forth in its Amended Complaint pursuant to the Order Granting Defendant's Motion For Summary Judgment entered on April 21, 2011, Ct. Rec. 25.

| | |
|---|---|
| April 21, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |